Brian C. Shapiro
Attorney at Law: #192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: brian_rohlfing.office@speakeasy.net

Attorneys for Plaintiff SHELLY CRAGHILL-QUINN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY CRAGHILL-QUINN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:08-cv-01023 GSA<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　　IT IS HEREBY STIPULATED by and between Plaintiff SHELLY CRAGHILL-QUINN ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of four thousand one hundred ($4,100.00). This amount represents compensation for all legal services rendered by Brian C. Shapiro on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1 | The stipulation is entered into for the sole purpose of settling all disputed claims regarding EAJA and avoiding the expenses and risks of litigation. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses. This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. This stipulation does not settle, or compromise the question of whether Brian C. Shapiro may be, is, or should be the direct payee of an award of fees, costs, and expenses under the EAJA in the absence or presence of an express or implied assignment of such an award nor whether any such award is free from or subject to debts of Plaintiff, if any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.

Neither this agreement nor the substance herein shall, in full or in part, be quoted, cited or referred to in any document filed in any case but the present one and it shall not, in full or in part, be attached to any document filed in any case but the present one.

Payment of four thousand one hundred ($4,100.00) in EAJA attorney fees, costs, and expenses to Brian C. Shapiro shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this case. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

///
///
///
///
///
///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: April 29, 2009   Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

BY: /s/ *Brian C. Shapiro*
_____
Brian C. Shapiro
Attorney for plaintiff
SHELLY CRAGHILL-QUINN

DATE:  April 28, 3009   McGREGOR W. SCOTT
United States Attorney


BY: */s/-*Shea Lita Bond*
_____
SHEA LITA BOND
Special Assistant United States Attorney
Attorneys for defendant MICHAEL J. ASTRUE
Commissioner of Social Security

[*Via email authorization on 4/28/09]

## ORDER

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount FOUR THOUSAND ONE HUNDRED and no/100's ($4,100.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

April 29, 2009                     /s/ Gary S. Austin
                                   Gary S. Austin
                                   United States Magistrate Judge